

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

June 6, 1957

Hon. Robert S. Calvert
Comptroller of Public Accounts
Capitol Station
Austin, Texas

Dear Mr. Calvert:

Opinion No. WW-146

Re: Whether the Cigarette Tax Law allows
the use of certain new type stamp and
the use of a machine to transfer the
stamps to the cigarette packages.

Your letter requesting our opinion in reference to the captioned
matter reads as follows:

"Sec. 1(e) of the Cigarette Tax Law defines a
'Stamp'. Section 3 provides for a 'Cigarette Tax
Stamp Board' and outlines the duties of the Board
with respect to securing cigarette tax stamps.

"The manufacturer that has our present
cigarette tax stamp contract contemplates in the
near future perfecting a machine that will trans-
fer stamps to packages of cigarettes. The present
stamp is a water stamp and has to be transferred
by hand. The new stamp will be a heat stamp and
transferred by the new machine. The new stamp
is similar in appearance to our present stamp and
will be serially numbered.

"Would the provisions of our Cigarette Tax Law
allow the use of the new type stamp and the use of
the machine to transfer the stamps?"

Section 1(e) of Article 7047c-1, Vernon's Civil Statutes, defines
"Stamp" as follows:

"'Stamp' shall mean the stamp or stamps
printed, manufactured or made by authority of
the Board as hereinafter defined, and issued,
sold or circulated by the Treasurer and by the
use of which the tax levied hereunder is paid."

Section 3(a) of Article 7047c-1, V.C.S., provides:

"A 'Cigarette Tax Stamp Board' composed
of the Board of Control of this State, desig-
nated hereafter as the 'Board' is hereby

Created and the said Board shall be and is hereby required to design and have printed or manufactured new cigarette tax stamps of such size and denominations and in such quantities as may be determined by the said Board. The stamps shall be so manufactured as to render them easy to be securely attached to each individual package of cigarettes; provided that a different and separate serial number or combination letter and number may by assigned to and printed on the margin of each sheet of stamps, or other methods of identification be adopted as the Board may decide. The printing or manufacturing of the stamps shall be awarded by competitive bid and the contract shall be awarded to the person submitting the lowest and best bid that will afford the greatest and best protection to the State in the enforcement of the provisions of this Act."

In addition to the above quoted sections, we have also considered the other provisions of the Cigarette Tax Law and we have been unable to find any provisions therein which, as a matter of law, will conflict with the use of the "new type stamp" or the use of the machine to transfer the stamps to the cigarette packages. Sec. 3(a) of said article provides that the "Cigarette Tax Stamp Board" shall award contracts for the printing or manufacturing of stamps to the person submitting the lowest and best bid that will afford the greatest and best protection to the State in the enforcement of the provisions of the Act. Whether the new type stamp and machine will or will not afford the greatest and best protection to the State in the enforcement of the Act, is a fact question to be determined by said Board.

## SUMMARY

The provisions of Article 7047c-1, The Cigarette Tax Law does not prohibit the use of a new type heat stamp to be transferred to packages of cigarettes by a machine to

evidence the payment of the
cigarette tax.

Yours very truly,

WILL WILSON
Attorney General

By *W. V. Geppert*

W. V. Geppert
Assistant

WVG:gs

APPROVED:

OPINION COMMITTEE
H. Grady Chandler, Chairman

Robert O. Smith

Edward Cazares

Will Davis

REVIEWED FOR THE ATTORNEY GENERAL
BY:
    Geo. P. Blackburn